**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHARLES BYE, JR.,

        Plaintiff,

                        CASE NO. 08-CV-10824

-vs-

                        PAUL D. BORMAN

NATIONWIDE MUTUAL          UNITED STATES DISTRICT JUDGE
INSURANCE COMPANY,

        Defendant.
_____ /

## ORDER REGARDING JULY 24, 2008 HEARING

Currently a motion hearing on Defendant's Motion to Dismiss is scheduled in this action for July 24, 2008.

After review of the pleadings, the Court finds that both parties should be prepared to answer questions regarding the proper venue for this action at the July 24, 2008 hearing.

**SO ORDERED.**

                                    s/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: July 22, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 22, 2008.

                                    s/Denise Goodine
                                    Case Manager